# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | |
|---|---|
| **MILLER SCOTT WILTON** | **CIVIL ACTION NO. 07-0361-A** |
| -vs- | **JUDGE DRELL** |
| **LOUISIANA DEPARTMENT OF CORRECTIONS** | **MAGISTRATE JUDGE KIRK** |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting that Plaintiff refused this Court's notification of the Report and Recommendation (Doc. No. 10), that Plaintiff has not provided any other notification address, noting the absence of objections to the Report and Recommendation, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's civil rights complaint be and is hereby DISMISSED, *sua sponte*, under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) as frivolous and failing to state a claim for which relief can be granted.

SIGNED on this 18th day of July, 2007, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge